| | |
|---|---|
| **GRANT & EISENHOFER P.A.**<br>Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>Jeff A. Almeida<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>T:  (646) 722-8500<br>F:  (646) 722 8501 | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>David Kessler<br>Stuart Berman<br>John A. Kehoe<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>T:  (610) 667-7706<br>F:  (610) 667-7056 |

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
T:  (973) 622-3333
F:  (973) 622-3349

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFA LIVFÖRSÄKRINGSAKTIEBOLAG; AFA TRYGGHETSFÖRSÄKRINGSAKTIEBOLAG; AFA SJUKFÖRSÄKRINGSAKTIEBOLAG on its own behalf and on behalf of KOLLEKTIVAVTALSSTIFTELSEN TRYGGHETSFONDEN TSL; ALECTA PENSIONSFÖRSÄKRING, OMSESIDIGT; FJÄRDE AP-FONDEN; SJUNDE AP-FONDEN; DANSKE INVEST ADMINISTRATION A/S; SWEDBANK ROBUR AB; AMF PENSION FONDFÖRVALTNING AB; ARBETSMARKNADSFÖRSÄKRINGAR PENSIONSFÖRSÄKRINGSAKTIEBOLAG; SKANDINAVISKA ENSKILDA BANKEN AB on its own behalf and on behalf of SEB INVESTMENT MANAGEMENT AB, SEB ASSET MANAGEMENT S.A. and GAMLA LIVFÖRSÄKRINGSAKTIEBOLAGET SEB TRYGG LIV,<br><br>             Plaintiffs,<br><br>             v.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM,<br><br>             Defendants. | Case No. 07-CV-04024-SRC<br><br>**CERTIFICATE OF SERVICE** |

**JEFFREY W. LORELL**, hereby certifies that on October 21, 2011, I caused the foregoing Amended Complaint to be electronically filed with the United States District Court for the District of New Jersey using the USDC CM/ECF system which will send notification of such filing to all counsel registered to receive such notice.

Dated:  October 21, 2011                                                */s Jeffrey W. Lorell*